THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISELA M. MALDONADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA VALLEY EMERGENCY PHYSICIANS, LLC; EMCARE, INC., EMCARE HOLDINGS INC., ENVISION HEALTHCARE HOLDINGS, INC., AND ENVISION HEALTHCARE CORPORATION,<br><br>Defendants. | Case No. 3:20-CV-05428 BHS TLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND STAY DISCOVERY**<br><br>NOTE ON MOTION CALENDAR: JULY 28, 2020 |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1.  On April 1, 2020, Plaintiff Isela Maldonado filed a complaint in Thurston County Superior Court against Defendants Columbia Valley Emergency Physicians, LLC; EmCare Inc.; Emcare Holdings Inc.; Envision Healthcare Holdings, Inc.; and Envision Healthcare Corporation, bringing putative class claims for negligence, breach of implied contract, procedural unconscionability, and substantive unconscionability. The case was removed to this Court on May 6, 2020.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND STAY DISCOVERY
(Case No. 3:20-CV-05428 BHS TLF) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

2.      On May 20, 2020, Defendants moved to dismiss the complaint (Dkt. No. 26). That motion was noted for June 12, 2020, and the Court heard oral argument on June 17, 2020.  That motion is currently pending.

3.      On June 11, 2020, the Court entered a stipulated order staying discovery until July 13, 2020; and continuing the Rule 26(f) conference to July 17, 2020; the initial disclosure deadline to July 31, 2020; and the joint status report deadline to August 10, 2020.

4.      The parties have conferred and agreed to seek an additional continuance of the deadlines referenced in paragraph 3 to conserve the resources of the parties and the Court while Defendants' motion to dismiss is pending.  The parties stipulate and request that the Court stay discovery until August 27, 2020; and continue the Rule 26(f) conference deadline to August 31, 2020; the initial disclosure deadline to September 15, 2020; and the joint status report deadline to September 24, 2020.

5.      Should Defendants' motion to dismiss remain pending on August 31, 2020, the parties will meet and confer to determine whether to seek a further stay.

6.      This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor affect any right, defense, claim or objection.

*SO STIPULATED*.

Dated this 28th day of July, 2020

                CALFO EAKES LLP

                By:  */s/ Angelo J. Calfo*
                      Angelo Calfo, WSBA #27079
                      Emily Dodds Powell, WSBA #49351
                      1301 Second Ave, Suite 2800
                      Seattle, WA 98101
                      Tel: (206) 407-2210 / Fax: (206) 407-2224
                      Email: angeloc@calfoeakes.com
                               emilyp@calfoeakes.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND STAY DISCOVERY
(Case No. 3:20-CV-05428 BHS TLF) - 2

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

EPSTEIN BECKER GREEN

R. David Jacobs, CA Bar #73545
Jonah D. Retzinger, CA Bar #326131
Brock Seraphin, CA Bar #307041
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
Tel:  310.556.8861 |
Fax: 310-553-2156
Email: DJacobs@ebglaw.com
      JRetzinger@ebglaw.com
      BSeraphin@ebglaw.com

*Attorneys for Defendants*

McPARTLAND LAW OFFICES

By:  */s/ Bryce P. McPartland*

Bryce P. McPartland, WSBA 37418
1426 S. Pioneer Way
Moses Lake, Washington 98837
T: 509.495.1247
F: 509.651.9430
Email: bpm@mcpartlandlaw.com
       alex@mcpartlandlaw.com

MCGEHEE, CHANG, LANDGRAF, FEILER

Jack E. McGehee
H. C. Chang
Benjamin T. Landgraf
Benjamin C. Feiler
10370 Richmond Ave., Suite 1300
Houston, TX 77042
T: (713) 864-4000
F: (713) 868-9393
Email: jmcgehee@lawtx.com
       hcchang@lawtx.com
       bfeiler@lawtx.com
       blandgraf@lawtx.com
       jrosario@lawtx.com

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND STAY DISCOVERY
(Case No. 3:20-CV-05428 BHS TLF) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**[PROPOSED] ORDER**

Based upon the foregoing stipulation of the parties, it is hereby ordered:

1. All discovery is hereby stayed until August 27, 2020.

2. The Rule 26(f) conference deadline is continued to August 31, 2020; the initial disclosure deadline is continued to September 15, 2020; and the joint status report deadline is continued to September 24, 2020.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this _____ day of _____, 2020.

_____
THE HONORABLE THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINES AND STAY
DISCOVERY
(Case No. 3:20-CV-05428 BHS TLF) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224