UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISELA M. MALDONADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COLUMBIA VALLEY EMERGENCY PHYSICIANS, LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. C20-5428-BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 40. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Defendants' motion to dismiss or to strike class allegations (Dkt. 26) is

　　　**GRANTED IN PART and DENIED IN PART**;

ORDER - 1

(3) Plaintiff's claims for negligence, common law procedural unconscionability and common law substantive unconscionability are **dismissed**; Plaintiff's claim for breach of implied contract is **not dismissed**; and

(4) Defendants' motion to strike class action allegations is **DENIED** without prejudice.

Dated this 9th day of September, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge