THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISELA M. MALDONADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA VALLEY EMERGENCY PHYSICIANS, LLC; EMCARE, INC., EMCARE HOLDINGS INC., ENVISION HEALTHCARE HOLDINGS, INC., AND ENVISION HEALTHCARE CORPORATION,<br><br>Defendants. | Case No. 3:20-CV-05428 BHS TLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE ANSWER**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 22, 2020 |

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. On April 1, 2020, Plaintiff Isela Maldonado filed a complaint in Thurston County Superior Court against Defendants Columbia Valley Emergency Physicians, LLC; EmCare Inc.; Emcare Holdings Inc.; Envision Healthcare Holdings, Inc.; and Envision Healthcare Corporation, bringing putative class claims for negligence, breach of implied contract, procedural unconscionability, and substantive unconscionability. The case was removed to this Court on May 6, 2020.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE ANSWER
(Case No. 3:20-CV-05428 BHS TLF) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

2. On September 9, 2020, this Court adopted the Report and Recommendation of Magistrate Judge Fricke and granted in part and denied in part Defendants' motion to dismiss the complaint.

3. The parties have conferred and agreed to seek a 14-day continuance of the deadline for Defendants to file an Answer, from September 23, 2020, to October 7, 2020.

4. This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor affect any right, defense, claim or objection.

*SO STIPULATED.*

Dated this 22nd day of September, 2020.

CALFO EAKES LLP

By: */s/ Angelo J. Calfo*
Angelo Calfo, WSBA #27079
Emily Dodds Powell, WSBA #49351
1301 Second Ave, Suite 2800
Seattle, WA 98101
Tel: (206) 407-2210 / Fax: (206) 407-2224
Email: angeloc@calfoeakes.com
emilyp@calfoeakes.com

EPSTEIN BECKER GREEN

R. David Jacobs, CA Bar #73545
Jonah D. Retzinger, CA Bar #326131
Brock Seraphin, CA Bar #307041
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
Tel:  310.556.8861 |
Fax: 310-553-2156
Email: DJacobs@ebglaw.com
JRetzinger@ebglaw.com
BSeraphin@ebglaw.com

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE ANSWER (Case No. 3:20-CV-05428 BHS TLF) - 2

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

McPARTLAND LAW OFFICES

By: */s/ Bryce P. McPartland*

    Bryce P. McPartland, WSBA 37418  
    1426 S. Pioneer Way  
    Moses Lake, Washington 98837  
    T: 509.495.1247  
    F: 509.651.9430  
    Email: bpm@mcpartlandlaw.com  
           alex@mcpartlandlaw.com

MCGEHEE, CHANG, LANDGRAF, FEILER

    Jack E. McGehee  
    H. C. Chang  
    Benjamin T. Landgraf  
    Benjamin C. Feiler  
    10370 Richmond Ave., Suite 1300  
    Houston, TX 77042  
    T: (713) 864-4000  
    F: (713) 868-9393  
    Email: jmcgehee@lawtx.com  
           hcchang@lawtx.com  
           bfeiler@lawtx.com  
           blandgraf@lawtx.com  
           jrosario@lawtx.com

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER TO  
CONTINUE DEADLINE TO FILE ANSWER  
(Case No. 3:20-CV-05428 BHS TLF) - 3

LAW OFFICES  
**CALFO EAKES LLP**  
1301 SECOND AVENUE, SUITE 2800  
SEATTLE, WASHINGTON 98101-3808  
TEL (206) 407-2200   FAX (206) 407-2224

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3     Dated this _____ day of _____, 2020.

4

5                                              _____
THE HONORABLE THERESA L. FRICKE

6 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE ANSWER
(Case No. 3:20-CV-05428 BHS TLF) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224