1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ISELA M. MALDONADO,

                Plaintiff,

    v.

COLUMBIA VALLEY EMERGENCY
PHYSICIANS, LLC et al.,

                Defendants.

Case No. 3:20-CV-5428-BHS-TLF

CLASS DISCOVERY AND
CERTIFICATION SCHEDULING
ORDER

The Court held a discovery conference on December 11, 2020. As a result of this conference and pursuant to Fed. R. Civ. P. 16(b); Fed. R. Civ. P. 23(a), (b), and (c); Fed. R. Civ. P. 26(b); Local Civil Rule LCR 16(b), and the parties' Joint Rule 26(f) Report (Dkt. #43), the Court establishes the following schedule for phase one – discovery relating to the issues concerning class certification:

| Event | Date |
|---|---|
| **Parties will file electronic discovery protocol/agreement and stipulated protective order** | **On or before December 23, 2020** |
| Parties will meet and confer to determine agreed-upon search terms and other ESI parameters, to comply with proportionality requirements | On or before January 15, 2021 |
| Phase one documents requests and written discovery to be served (initial sets) on or before | January 22, 2021 |
| Depositions and phase one fact discovery completed by | June 30, 2021 |

CLASS DISCOVERY AND CERTIFICATION
SCHEDULING ORDER - 1

| | |
|---|---|
| Expert witness disclosures, phase one discovery – plaintiff | July 30, 2021 |
| Expert witness disclosures, phase one discovery – defense | August 31, 2021 |
| Expert depositions, phase one discovery – completed by | September 30, 2021 |
| Cut-off for discovery motions (any motions must be filed by this date) | October 15, 2021 |
| Deadline to complete phase one, class discovery | November 5, 2021 |
| Motion for class certification due | November 23, 2021 |
| Opposition to motion for class certification due | December 21, 2021 |
| Reply in support of class certification due | January 11, 2022 |

This schedule assumes that the parties will be permitted time to complete all pre-trial discovery after the class motion is decided. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause

Privacy Policy

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth: redact to the year of birth

- Names of Minor Children: redact to the initials

- Social Security Numbers and Taxpayer Identification Number: redact in their entirety

- Financial Accounting Information: redact to the last four digits

- Passport Numbers and Driver License Numbers: redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

<u>Cooperation and Settlement</u>

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

If the case resolves or settles in private mediation, counsel for the parties shall promptly notify Judicial Law Clerk Miguel Mendez-Pintado at (253) 882-3893, or direct the mediator to advise the court in writing as provided in Local Rule LCR 39.1(c)(7).

<u>Proof of Service and Sanctions</u>

All motions and other filings shall be accompanied by proof that such documents have been served upon counsel for the opposing party or upon any party acting *pro se*. The proof of service shall show the day and manner of service and may be by written acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of the person who served the papers, or by any other proof satisfactory to the Court.  Failure to comply with the provisions of the Order can result in dismissal/default judgment or other appropriate sanctions.

The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 11th day of December, 2020.


Theresa L. Fricke
United States Magistrate Judge

CLASS DISCOVERY AND CERTIFICATION
SCHEDULING ORDER - 3