HON. DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISELA M. MALDONADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>COLUMBIA VALLEY EMERGENCY PHYSICIANS, LLC; EMCARE, INC., EMCARE HOLDINGS, INC., ENVISION HEALTHCARE HOLDINGS, INC., AND ENVISION HEALTHCARE CORPORATION<br><br>Defendants. | CASE NO. 3:20-CV-05428-DGE<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND DEFENDANTS** |

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and all defendants, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

Order of Voluntary Dismissal with Prejudice as to All Claims and Defendants
(Case No. 3:20-cv-05428-TLF) - 1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 15th day of March 2022.

David G. Estudillo
United States District Judge